*For ARRAIGNMENT only!*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
against
Nickolas Vitale

(Alias)

Please PRINT Clearly

07-CR-280(KMK)
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

## NOTICE OF APPEARANCE

TO: **CLERK OF COURT S.D.N.Y.**

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. [ ] CJA    2. [✓] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO   [✓] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. 12  YR. 91

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK
4-12-07

APR 12 2007

SIGNATURE Vincent Romano
PRINT THE FOLLOWING INFORMATION CLEARLY
VINCENT ROMANO
Attorney for Defendant

Firm name if any
9201 4th avenue, Suite 704
Street address
Brooklyn  NY  11209
City         State        Zip
(718) 852-5200
Telephone No

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186