U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/07

July 9, 2007

**MEMO ENDORSED**

**BY HAND**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

Re:   **United States v. Iris Baez and Nickhoulas Vitale,**
       **07 Cr. 280 (KMK)**

Dear Judge Karas:

The Government respectfully requests a one-week extension of time to respond to defendant Nickhoulas Vitale's motions filed June 28, 2007. The Government's response is currently due July 9; the Government requests that its response be due on July 16. Both counsel for Nickhoulas Vitale and for Iris Baez consent to the Government's request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Alexander J. Willscher
Christine Y. Wong
Assistant United States Attorneys
P: (212) 637-2736/2460
F: (212) 637-0016

cc:   Howard R. Birnbach, Esq. (counsel for Iris Baez - by fax)
      Vincent Romano, Esq. (counsel for Nickhoulas Vitale - by fax)

*The Government is given until July 16, 2007 to respond to Defendant Vitale's motion.*

**SO ORDERED**

KENNETH M. KARAS U.S.D.J.

7/9/07