**HOWARD R. BIRNBACH**
ATTORNEY AT LAW
111 GREAT NECK ROAD, SUITE 413
GREAT NECK, NEW YORK 11021
516/829-6305
FAX 516/829-0651

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/07

July 30, 2007

**MEMO ENDORSED**

U.S. COURTHOUSE
500 Pearl Street
New York, New York 10007-1312

ATTN: Honorable Judge Kenneth M. Karas

07 CR 280 (KMK)

RE: *USA v. Baez and Vitale* – ~~Docket #07M10280 (KMK)~~

Dear Judge Karas:

On August 9, 2007 co-Defendant Nickhoulas Vitale will be moving this Court for certain relief concerning the above entitled matter.

Co-Defendant Iris Baez is not a party to this motion.

Is it imperative that Ms. Baez or counsel appear on this date?

I will be out of the country on this date.

Very truly yours,

/s/ Howard R. Birnbach
HOWARD R. BIRNBACH

cc: Asst. U.S. Attorney Wong (*via fax*)
Vincent Romano, Esq. (*via fax*)

*Mr. Birnbach and Ms. Baez need not appear at the August 9, 2007 conference.*

*So Ordered.*
/s/
8/6/07