UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08
```

**United States of America**

-v-

**Nickloulas Vitale,**
                            **Defendant.**

Case No.
07-CR-0280-02 (RJS)

AMENDED ORDER
SETTING SENTENCE DATE

RICHARD J. SULLIVAN, District Judge:

      IT IS HEREBY ORDERED that the above-named defendant appear with counsel on Friday, March 28, 2008 at 10:30am in the United States District Court for the Southern District of New York, Courtroom 21 C for sentencing

Dated: March 10, 2008
       New York, New York

_____
RICHARD J. SULLIVAN, U.S.D.J.

<u>Any request for adjournment must be made in writing at least three business days prior to the scheduled appearance. Adjournments will be granted only upon consent of all parties and upon good cause shown.</u>