

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 12, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

**BY FAX**
Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

    Re:   <u>United States v. Nickhoulas Vitale, et al.</u>,
          07 Cr. 280 (RJS)

Dear Judge Sullivan:

    The Government respectfully submits this letter regarding the new sentencing date for defendant Nickhoulas Vitale. The Court recently rescheduled the sentencing from March 20, 2008, until March 28, 2008. I have a pre-existing competency hearing before Judge Jones on March 28, which is likely to last most of the day. Accordingly, the parties request that the Court reschedule the sentencing again to April 1, 2008, at 9:00 a.m., a date which I am told may be convenient for the Court. I have spoken to Vincent Romano, counsel for the defendant, who consents to this request.

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney

                    By:   _____
                                      Alexander J. Willscher
                                      Assistant United States Attorneys
                                      P: (212) 637-2736
                                      F: (212) 637-0016

*Sentence adjourned to*
*May 8, 2008 @ 2:15pm.*

cc:   Vincent J. Romano, Esq. (by fax)

SO ORDERED
Dated:   _____
               RICHARD J. SULLIVAN
               U.S.D.J.

*3/14/08*