# Vincent J. Romano, Esq.

9201 4th Avenue, Suite 704
Brooklyn, New York 11209
(718) 852-5200

April 13, 2008

Honorable Richard J. Sullivan
U.S. District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

                              Re: United States v. Nickhoulas Vitale
                                   Criminal Docket No. 07 -CR-280 (RJS)

Dear Judge Sullivan:

      As you are aware my client is scheduled for sentencing on May 8, 2008 at 2:15pm before your Honor.

      As per the court's order, the government is to produce two (2) witnesses at the time of Mr. Vitale's sentencing.

      The defendant is respectfully requesting all discovery relating to these two (2) witnesses which would include unredacted FBI 302's, and any Giglio, Jencks and Brady material relating to these witnesses one (1) week prior to Mr. Vitale's sentencing date.

      Thank you very much for your time and consideration.

                              Respectfully Submitted,

                              /s/

                              Vincent J. Romano

Cc: AUSA Alex Willscher