

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

NICKLOULAS VITALE,

          Defendant.

No. 07 Cr. 280 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

   At the hearing on May 8, 2008, the Court adopted the following schedule:

      Any further submissions by the parties in light of the facts adduced and arguments made at the May 8, 2008 hearing shall be submitted on or before June 6, 2008.

SO ORDERED.

Dated:   May 8, 2008
           New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE