LAW OFFICES OF
# Murray Richman
2027 Williamsbridge Rd. Bronx, NY 10461
(718) 892-8588 • Fax (718) 518-0674

OF COUNSEL:
Renée C. Hill, Esq.
Stacey G. Richman, Esq.
Gisele M. Kalonzo, Esq.
Jeffrey P. Chartier, Esq.
Brian T. Pakett, Esq.
Don K. Taylor - Paralegal

May 27, 2008

Honorable Richard J. Sullivan
Justice United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street - Room 615
New York, New York 10007-1312

Re:   *USA v. Iris Herskowitz Baez*
      07-CR-0280-01 (RJS)

Dear Judge Sullivan:

Thank you for the order dated May 22, 2008. In order for me to acquaint the Bureau of Prisons with the May 22nd Rule, I will need approximately four (4) weeks. Mrs. Baez is scheduled to surrender on Wednesday, May 28, 2008, in West Virginia. In order for her to do this, she would have to leave by 3:00 p.m. this afternoon.

Therefore, I am most respectfully requesting her surrender date be delayed until Friday, October 24, 2008.

Since time is of the essence, your prompt response would be greatly appreciated.

Respectfully submitted,

*Murray Richman*
MURRAY RICHMAN, ESQ.

MR/rs