UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



**United States of America**

-v-

**Nickhoulas Vitale,**

               **Defendant.**

Case No.
07-CR-0280-02 (RJS)

AMENDED ORDER
SETTING SENTENCE DATE

RICHARD J. SULLIVAN, District Judge:

       IT IS HEREBY ORDERED that the above-named defendant appear with counsel on Wednesday, July 9, 2008 at 2:30pm in the United States District Court for the Southern District of New York, Courtroom 21 C for sentence.

Dated: June 30, 2008
       New York, New York

                              RICHARD J. SULLIVAN, U.S.D.J.

Any request for adjournment must be made in writing at least three business days prior to the scheduled appearance. Adjournments will be granted only upon consent of all parties and upon good cause shown.